# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RUFUS B. WORSHAM**                                                                        **PLAINTIFF**

v.                                              **No. 4:25-cv-287-DPM**

**LRPD and PULASKI
COUNTY SHERIFF OFFICE**                                     **DEFENDANTS**

## ORDER

1. Worsham hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*. He must do one or the other by 5 May 2025. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Worsham an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Worsham will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 April 2025