IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUFUS B. WORSHAM**                                                      PLAINTIFF

v.                              No. 4:25-cv-287-DPM

**LRPD and PULASKI COUNTY SHERIFF**                        DEFENDANTS
**OFFICE**

### ORDER

Worsham hasn't paid the filing fee or moved to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2025