# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RUFUS B. WORSHAM**                                                   **PLAINTIFF**

v.                              No. 4:25-cv-287-DPM

**LRPD and PULASKI COUNTY SHERIFF**                    **DEFENDANTS**
**OFFICE**

## JUDGMENT

Worsham's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2025